1  ROBERT S. MCLAY (SBN 176661)
   CHERIE M. SUTHERLAND (SBN 217992)
2  **HAYES, DAVIS, ELLINGSON, McLAY & SCOTT**
   400 Capitol Mall, 9th Floor
3  Sacramento, California  95814
   Telephone:  916.449.3958
4  Facsimile:  916.449.8257

5  STEPHEN M. HAYES (SBN 83583)
   **HAYES, DAVIS, ELLINGSON, McLAY & SCOTT**
6  203 Redwood Shores Parkway, Suite 480
   Redwood Shores, CA  94065
7  Telephone:  650.637.9100
   Facsimile:  650.637.8071
8
   Attorney for Defendant
9  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

10

11                   UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  RICHARD STACH, | CASE NO.  2:05-cv-00498-DFL-PAN |
| 15          Plaintiff, | |
| 16      vs. | |
| 17 | **STIPULATION OF DISMISSAL** |
| 18  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 - 20, | |
| 19  inclusive, | |
| 20          Defendants. | |

21

22

23

24

25  ///

26  ///

27  ///

28

-1-
**NOTICE OF DISMISSAL - Case No. 2:05-cv-00498-DFL-PAN**

IT IS HEREBY STIPULAED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: April 18, 2005   BARR& MUDFORD, LLP

By_____
J. MICHAEL FAVOR
Attorney for Plaintiff
RICHARD STACH

Dated: April 18, 2005   HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By_____
ROBERT S. McLAY
Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**ORDER**

It is so ordered.

Dated: May 3, 2005

_____
DAVID F. LEVI
United States District Judge